MELISSA A. PALMER, ESQ.
Olinsky Law Group
250 South Clinton Street, Suite 210
Syracuse, NY 13202
Telephone: (315) 701-5780
Facsimile: (315) 701-5781
Email: mpalmer@windisability.com

Attorney for Plaintiff, Donnie Wayne Dostal

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

DONNIE WAYNE DOSTAL,

                Plaintiff,     CASE NO.: 2:25-cv-01111-KES

  -v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

### ~~PROPOSED~~ ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d)

Before the Court is a Stipulation for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Based on the pleadings as well as the position of defendant commissioner, and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

1

IT IS HEREBY ORDERED that **attorney fees and expenses** in the amount of One Thousand Two Hundred Seventy-Five Dollars and Zero Cents ($1,275.00) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees may be made payable to Plaintiff's Attorney's Of Counsel firm,

**Olinsky Law Group** EIN 26-2258247

Any payment may be made either by electronic transfer fund (EFT) or by check.

So ordered.

Date: <u>July 7, 2025</u>                                   _____
                                                                          Hon. Karen E. Scott
                                                                          United States Magistrate Judge